Certificate Number: 16339-PAE-DE-030469838

Bankruptcy Case Number: 17-18118



16339-PAE-DE-030469838

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 24, 2018, at 12:51 o'clock AM EST, Rosalva Bull completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  January 23, 2018            By:    /s/Kelley Tipton

                                                         Name:  Kelley Tipton

                                                         Title:  Certified Financial Counselor