United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                         Case No. 17-18118-mdc
Rosalva R Bull                                                 Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Virginia              Page 1 of 1              Date Rcvd: Apr 11, 2018
                              Form ID: pdf900             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2018.
db             +Rosalva R Bull,    1502 S. Iseminger Street,    Philadelphia, PA 19147-6216

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2018 at the address(es) listed below:
              MATTEO SAMUEL WEINER    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New
               York, as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates,
               Series 2006-26 bkgroup@kmllawgroup.com
              MITCHELL LEE CHAMBERS, JR.    on behalf of Debtor Rosalva R Bull ecfbc@comcast.net
              REBECCA ANN SOLARZ    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
               as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
               2006-26 bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re: : Chapter 13
   Rosalva Bull :
         Debtor : Bankruptcy No. 17-18118 MDC

## ORDER

Upon consideration of the Application for Compensation and Reimbursement of Expenses of Mitchell Lee Chambers, Esquire, Counsel for Debtor(s) (the "Application"), and after notice and an opportunity to be heard having been given to the United States Trustee, the Standing Trustee, Debtor(s), and all creditors and parties-in-interest, and good cause having been shown, IT IS ORDERED THAT:

1. The Application is APPROVED; and

2. Compensation for professional services rendered, in the amount of $3,500.00 is ALLOWED, and the Standing Trustee shall disburse $3,150.00 in legal fees plus $51.00 in costs to counsel for Debtor in accordance with the terms of Debtors' Chapter 13 Plan.

Dated: April 11, 2018     ___/___/18     _Magdeline D. Coleman_
                                                                    United States Bankruptcy Judge

cc:

Mitchell Lee Chambers, Esquire
602 Little Gloucester Road, Suite 5
Blackwood, NJ 08012

William C. Miller, Esquire
PO Box 40119
Philadelphia, PA  19106-0119

Rosalva Bull
1502 S. Iseminger Street
Philadelphia, PA 19147