IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Rosalva R Bull aka Rosalva Ruth Bull, aka Rosalva Bull <br>        Debtor | CHAPTER 13 |
| Specialized Loan Servicing LLC, as servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-26 <br>        Movant <br> vs. | NO. 17-18118 mdc <br><br> 11 U.S.C. Sections 362 and 1301 |
| Rosalva R Bull aka Rosalva Ruth Bull, aka Rosalva Bull <br>        Debtor <br> Eugene Bull <br>        Co-Debtor <br> William C. Miller Esq. <br>        Trustee | |

**ORDER**

AND NOW, this 3rd day of July, 2018 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 1502 S Iseminger St, Philadelphia, PA 19147-6216 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. ~~Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.~~

                     _/s/ Magdeline D. C_____
                               BJ.