*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Rosalva R Bull
    Debtor(s)

Case No: 17–18118–mdc
Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman, United States Bankruptcy Judge to consider:

Certification of Default filed by The Bank of New York Mellon and the objection filed by the debtor

    on: 5/14/19

    at: 10:30 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 4/15/19

Timothy B. McGrath
Clerk of Court

43 – 41, 42
Form 167