**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|     Rosalva Bull | : | |
|                  Debtor | : | Bankruptcy No. 17-18118 MDC |

**PRAECIPE TO WITHDRAW DEBTOR'S OBJECTION TO CREDITOR'S CERTIFICATE OD DEFAULT FILED ON APRIL 12, 2019 BEARING NUMBER 42 ON THE COURT DOCKET.**

To the Clerk of the Court:

    Kindly withdraw Debtor's Objection to the Certificate of Default filed by Mortgagee for Relief from the Automatic Stay.

Dated: June 24, 2019                                                     /s/ Mitchell Lee Chambers, Esq.
                                                                                              Attorney I.D. No. 94318
                                                                                              602 Little Gloucester Road
                                                                                              Suite 5
                                                                                              Blackwood, NJ 08012
                                                                                              Phone: 856-302-1778
                                                                                               Fax: 856-302-1779

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                              :        Chapter 13
    Rosalva Bull                          :
                Debtor        :        Bankruptcy No.  17-18118 MDC

## CERTIFICATION OF SERVICE

I, Mitchell Lee Chambers, Esq., counsel for Debtor, do hereby certify that, on the date hereof, I caused to be served, by ECF, fax, or first class United States mail, postage prepaid, a true and correct copy of the Debtor's Praecipe to Withdraw Objection to the Mortgage's Company Certificate of Default, upon counsel for Movant and the Trustee, at the following fax numbers or addresses:

VIA ECF
William C. Miller, Esquire
PO Box 40119
Philadelphia, PA  19106-0119

VIA EMAIL
Rosalva Bull
1502 S. Iseminger Street
Philadelphia, PA 19147

VIA EMAIL
KERRI EBECK, ESQ.
707 GRANT STREET
SUITE 2200 GULF TOWER
PITTSBURGH, PA 15219

Dated:  June 24, 2019                         /s/ Mitchell Lee Chambers, Esq.
                                                            Attorney I.D. No. 94318
                                                            602 Little Gloucester Road
                                                            Suite 5
                                                            Blackwood, NJ 08012
                                                           Phone: 856-302-1778
                                                          Fax: 856-302-1779