## UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          **Chapter 13**
ROSALVA R BULL

                        **Debtor**              **Bankruptcy No.** 17-18118-MDC

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing

Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage

orders previously entered are **VACATED**.

September 12, 2019

_____
                                Magdeline D. Coleman
                                Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MITCHELL LEE CHAMBERS, ESQ.
602 LITTLE GLOUCESTER RD.
SUITE 5
BLACKWOOD, NJ 08012-

Debtor:
ROSALVA R BULL

1502 S. ISEMINGER STREET

PHILADELPHIA, PA 19147-