United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 17-18118-mdc
Rosalva R Bull                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Virginia        Page 1 of 1        Date Rcvd: Sep 12, 2019
                            Form ID: pdf900       Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2019.
```
db          +Rosalva R Bull,    1502 S. Iseminger Street,    Philadelphia, PA 19147-6216
cr          +THE BANK OF NEW YORK MELLON,    14841 Dallas Parkway, Suite 425,    Dallas, TX 75254-8067
14022715    +FedLoan Servicing,    Attention: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14044772    +Mitchell Lee Chambers, Esq.,    602 Little Gloucester Road,    Suite 5,
              Blackwood, NJ 08012-5213
14022718    +SHAPIRO AND DENARDO,    3600 HORIZON DRIVE,    SUITE 150,    King of Prussia, PA 19406-4702
14022719    +Specialized Loan Servicing,    8742 Lucent Blvd.,    Littleton, CO 80129-2386
14026711    +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
14040972     U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
              Harrisburg, PA 17106-9184
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Sep 13 2019 02:58:14    City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 13 2019 02:57:56
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 13 2019 02:58:12    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14022716    +E-mail/Text: cio.bncmail@irs.gov Sep 13 2019 02:57:48    IRS,    600 Arch Street,   Room 5200,
              Philadelphia, PA 19106-1611
14022717    +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 13 2019 02:57:56    PA Department of Revenue,
              Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA 17128-0946
                                                                                            TOTAL: 5
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2019 at the address(es) listed below:
```
          KERI P EBECK    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York, as
           Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-26
           kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
          KEVIN G. MCDONALD    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
           as Trustee et al... bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
           as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
           2006-26 bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New
           York, as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates,
           Series 2006-26 bkgroup@kmllawgroup.com
          MITCHELL LEE CHAMBERS, JR.    on behalf of Debtor Rosalva R Bull ecfbc@comcast.net,
           paecfbc@gmail.com
          REBECCA ANN SOLARZ    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
           as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
           2006-26 bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                            TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>ROSALVA R BULL | Chapter 13 |
| Debtor | Bankruptcy No. 17-18118-MDC |

# **O R D E R**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

September 12, 2019

_____
Magdeline D. Coleman
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MITCHELL LEE CHAMBERS, ESQ.
602 LITTLE GLOUCESTER RD.
SUITE 5
BLACKWOOD, NJ 08012-

Debtor:
ROSALVA R BULL

1502 S. ISEMINGER STREET

PHILADELPHIA, PA 19147-